IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL E. SCOTT WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 16-740-GMS |
| | ) |
| NEW CASTLE COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 14th day of Oct, 2016;

The plaintiff Russell E. Scott Walker ("the plaintiff") who appears *pro se*, filed this action without prepayment of the filing fee.

On August 25, 2016, the court denied the plaintiff's motion for leave to proceed *in forma pauperis* and ordered the plaintiff to pay the filing fee within thirty days or the case would be dismissed. (*See* D.I. 4.)

The time has lapsed and the plaintiff has not complied with the court's order. Therefore, the complaint is **dismissed without prejudice**.

_____
UNITED STATES DISTRICT JUDGE